**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION
CASE NO.:**   3:24-cv-907-JDA

| | |
|---|---|
| **Mona Clark,** | **COMPLAINT** |
|        **Plaintiff,** | |
| **vs.** | **JURY DEMANDED** |
| **Texas Roadhouse, Inc., Texas Roadhouse Holdings, LLC, TR Real Estate Ventures of South Carolina, LLC and Texas Roadhouse Management Corp., d/b/a Texas Roadhouse,** | |
|        **Defendants.** | |

      **COMES NOW,** Mona Clark, hereinafter known as Plaintiff, and files this Premises Liability action for tortious acts committed by Texas Roadhouse, Inc., Texas Roadhouse Holdings, LLC., and Texas Roadhouse Corp., d/b/a Texas Roadhouse hereinafter known as Defendant as more fully set forth herein:

## PARTIES, JURISDICTION AND VENUE

      1.      At all times relevant to this Complaint, Plaintiff Mona Clark (hereinafter "Clark") is a citizen and resident of Richland County, South Carolina.

      2.      Upon information and belief, Texas Roadhouse, Inc., (hereinafter "TRI") is a Delaware corporation with its principal executive office in Louisville, Kentucky and its subsidiaries operate restaurants primarily under the Texas Roadhouse name.

      3.      Upon information and belief, Texas Roadhouse Holdings, LLC., (hereinafter "Holdings") is wholly owned subsidiary of TRI and provides supervisory and administrative services for certain other franchise Texas Roadhouse restaurants.

4.      Upon information and belief, Texas Roadhouse Management Corporation d/b/a Texas Roadhouse (hereinafter "Management Corp."), is a wholly owned subsidiaries in which TRI, and provides management services to TRI, its wholly owned subsidiaries, and its subsidiaries in which TRI owns more than a fifty percent (50%) interest and certain other franchise Texas Roadhouse restaurants.

5.      Upon information and belief, TR Real Estate Ventures of South Carolina ("TR Real Estate") is a separate entity that exists in one of the states of the United States of America and owns the parcel of land in Richland County where the Texas Roadhouse restaurant is located (TMS R05001-01-05)

6.      This court has jurisdiction of the matter pursuant to 28 U.S.C. § 1332(a)(1).

7.      The acts and omissions which are the subject of this complaint occurred in the District of South Carolina, in Richland County, South Carolina.

## FACTUAL ALLEGATIONS

8.      On January 20, 2023, Clark, and one of her friends, visited the Texas Roadhouse restaurant located at 400 Columbiana Drive in Columbia, South Carolina.

9.      Clark and her friend were the first customers to arrive at Texas Roadhouse when the store opened at 11:30 a.m.

10.      After they were seated in their booth, Clark immediately got up to use the restroom.

11.      Clark was the first customer to go into the restroom following the store opening its doors and she was also the first guest to enter a handicap stall that morning.

12.      When she finished using the restroom, Clark stood up and turned around to flush the toilet.

13.     As she turned around, Clark's foot slipped on a slick, oily substance that was on the floor causing her to fall to the ground. Clark was on the ground for approximately thirty minutes before emergency services arrived.

14.     As a result of the fall, Clark suffered from a spiral compound fracture to her left arm and injury to her person that has and will in the future require her to spend money for medical bills, has and will in the future cause her pain and suffering, has and will in the future cause her to lose quality of life, has and will in the future cause her to lose quality and enjoyment of life, has and will in the future caused permanent impairment, and will in the future caused her to suffer pain, suffering, anxiety, fear and humiliation.

15.     Clark has suffered actual damages and punitive damages in the amount to be determined by jury. Clark is informed and believes she is entitled to actual damages for her injuries, all of which have been caused by all of the defendants and each of them.

## FOR A FIRST CAUSE OF ACTION
### (Negligence and/or Gross Negligence) as to All Defendants

16.     Plaintiff re-alleges all previous allegations as though fully set forth herein.

17.     The Defendants and each of them owed a duty to Clark to keep their premises in a safe and reasonable condition and free from latent defects or any other unsafe or dangerous conditions such as slick or oily substances on floors.

18.     The Defendants and each of them breached their duty to Clark, and were willful, wanton and grossly negligent in one or more of the following ways:

    a.  In failing to maintain the premises in a safe condition;

    b.  In failing to properly inspect the store premises;

    c.  In failing to properly clean the floors from latent defects;

    d.  In creating a latent defect on the premises so as to unnecessarily endanger customers and patrons of this Texas Roadhouse;

e.  In failing to comply with its own codes, guidelines, policies and procedures, if any it had, regarding cleaning the floor properly;

f.  In failing to use the degree of care that a reasonable and prudent store would use under the same and similar circumstances.

g.  And such other particulars as the evidence from discovery or at trial may show.

All of the above were the proximate cause of Clark's injuries and damages.

19.    Clark would allege she is entitled to actual damages and punitive damages in an amount to be determined by a jury.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff prays that this court Order judgment against the Defendant in such an amount as this Court may determine proper, for reasonable costs associated with this action, as well as any other interest and fees to which Plaintiff and/or Plaintiff's counsel may otherwise be entitled, and for all other relief in law and equity which this court deems just and proper.

**LYLE LAW FIRM, LLC**

*s/Todd R. Lyle*
Todd R Lyle
Federal I.D. No.: 12656
305 North Lake Drive
Lexington, South Carolina 29072
803-770-4427
803-590-3265 (facsimile)
Todd@lylelawsc.com
ATTORNEYS FOR PLAINTIFF

Lexington, South Carolina
February 21, 2024